UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHALA MILLER,

                Plaintiff,

-v-

THE CRITERION COLLECTION, INC., JONATHAN TURELL, SARAH HABIBI, CRISTINA MORALES, and PETER BECKER,

                Defendants.

CIVIL ACTION NO. 23 Civ. 5044 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 27, 2023**, Plaintiff shall file a letter reporting on the status of her efforts to serve the Summons and Complaint on Defendant Cristina Morales.

Dated:      New York, New York
              October 24, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**