UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHALA MILLER,

                Plaintiff,

-v-

THE CRITERION COLLECTION, INC., JONATHAN TURELL, SARAH HABIBI, CRISTINA MORALES, and PETER BECKER,

                Defendants.

CIVIL ACTION NO. 23 Civ. 5044 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' mediation conference scheduled for January 25, 2024 (see ECF min. entry Nov. 20, 2023), the initial case management conference scheduled for December 19, 2023 is ADJOURNED sine die pending completion of the mediation. By **February 1, 2024**, the parties shall file a joint letter reporting on the status of their mediation efforts.

Dated:      New York, New York
              December 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**