UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SHALA MILLER,

                **Plaintiff,**

    -against-

THE CRITERION COLLECTION, INC., et al,

                **Defendants.**

-------------------------------------------------------------x

1:23-cv-05044 (ALC) (SLC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **February 26, 2024**.

**SO ORDERED.**

**Dated: January 26, 2024**
       New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**